**EXHIBIT 2:** INFRINGEMENT
URL: https://www.instagram.com/reel/C4jPRjpg5AF/

