IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| REED TIMMER, | * |
|     Plaintiff, | * |
| v. | Case No.  7:25-cv-70 (WLS) |
| | * |
| SOGA LLC, | |
| | * |
|     Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to the Rule 68 Offer of Judgment, and its acceptance filed on July 11, 2025, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $7,500.00.

This 14th day of July, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk